IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE G. PAGE, ) | |
| Dallas Cnty. Jail Bookin No. 20043637, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | No. 3:21-cv-21-G-BN |
| ) | |
| DALLAS COUNTY COURT SYSTEM, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The plaintiff filed objections. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**

February 25, 2021

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**